# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Joseph Elroy Hansford III<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:15-CR-00038-JGB<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _June 11_____, _2015_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _SHERI PYM_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _June 10, 2015_____      **SHERI PYM**    _KC_
                                   ~~U.S. District Judge/~~Magistrate Judge