UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Joseph Elroy Hansford<br>　　　　　　Defendant. | Case No.: CR15-38 JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　(X)　information in the Pretrial Services Report and Recommendation

　　　(X)　information in the violation petition and report(s)

　　　( )　the defendant's nonobjection to detention at this time

　　　( )　other: _____

1

1           and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18 U.S.C.
5           § 3142(b) or (c). This finding is based on the following:
6           (X)    information in the Pretrial Services Report and Recommendation
7           (X)    information in the violation petition and report(s)
8           ( )    the defendant's nonobjection to detention at this time
9           ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: June 11, 2015           _____
                                                            SHERI PYM
                                                            United States Magistrate Judge